**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| **MIR FOOD MART**, and<br>**MIR F. MOURIN**, an Individual,<br><br>     Plaintiffs,<br><br>  v.<br><br>**UNITED STATES OF AMERICA**,<br><br>     Defendant. | **CASE NO.: 8:20-cv-2104-T-33CPT** |

**CERTIFICATION OF NON-CONCURRENCE**

In accordance with Local Rule 3.01(g), the undersigned certifies that he attempted to consult with counsel for the Defendant to seek their concurrence in the filing of the Plaintiffs' Motion to Permit Discovery and to Amend the Case Management and Scheduling Order (Doc. No. 19). However, Defendant's counsel did not return the call.

Dated: November 2, 2020                                    Respectfully submitted,

                                                                                **METROPOLITAN LAW GROUP, PLLC**

                                                                                */s/ Andrew Z. Tapp*
                                                                                **ANDREW Z. TAPP, ESQ.**
                                                                                Florida Bar No.: 68002
                                                                                1971 W. Lumsden Road, #326
                                                                                Brandon, Florida 33511-8820
                                                                                (813) 228-0658
                                                                                Andrew@Metropolitan.Legal

                                                                                **COUNSEL FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

E. Kenneth Stegeby
Assistant U.S. Attorney
Kenneth.Stegeby@usdoj.gov

*/s/ Andrew Z. Tapp*
**ANDREW Z. TAPP, ESQ.**
Florida Bar No.: 68002